IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 2:18-CR-148-Z-BR-1 |
| OSNIEL RODRIGUEZ RAMIREZ | |

### ORDER GRANTING MOTION TO DISMISS

Came on for consideration the Government's Motion to Dismiss. The Court having considered the motion is of the opinion that same should be **GRANTED**.

It is therefore **ORDERED** that the Indictment be, and it is hereby, **DISMISSED**, without prejudice to refiling same.

**SO ORDERED**.

January 12, 2026.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE